# EXHIBIT A
## Atlantic's Collection Letter to Plaintiff, October 9, 2020



PO Box 156
East Amherst, NY 14051
1-866-783-0237

10/09/2020

Kaevon Mccray



| | |
|---|---|
| Original Account Number: | 557877 |
| Original Creditor: | Pay Pal |
| Current Creditor: | DNF ASSOCIATES LLC |
| Reference ID Number: | |
| Current Balance: | $5,402.08 |

Dear Kaevon Mccray,

Please be advised that your account has been assigned to Atlantic Recovery Solutions, LLC. At this time you have an outstanding balance that is due in the amount of $5,402.08. Atlantic Recovery Solutions, LLC has been authorized to accept a reduced payment in the amount of $3,800.00 due on 10/30/2020 to fully resolve this matter.

Upon clearance of this payment, the account will be considered completely resolved. This will release you from any further obligation on this account. *In order to modify or cancel a payment that you have placed on file with our company, you must contact us 24 hours prior to the day that the payment is scheduled to run. Please note that postponing the payment past the due date may nullify the agreement to resolve the account for less than the full balance due. Effective August 1, 2020, there will be a convenience fee added to all credit card and ACH payments, not to exceed $5.00. This fee does not apply to residents of CA, CO, CT, FL, KS, ME, MA, NY, OK, and TX.*

If you have any questions or concerns please contact our office at 1-866-783-0237.

**This is an attempt to collect a debt, by a debt collector; any information will be used for that purpose. This is a communication from a debt collector.**

Sincerely,
*Sara Aga*
Sara Aga
Director of Administration

Office Hours
Monday-Thursday 8:00am-7:00pm
Friday 8:00am -5:00pm